**EXHIBIT 5**

NYS Dept of Labor Audit/Monetary System                                    Page 1 of 6

**Audit and Monetary System**

| Welcome Susan Clas (Build: R20160510A) | NY Gov Home · Audit/Monetary Wage Home · Log Off |
|---|---|

Home > Cases > Case (LS13 2014005000) > Contact Log

**Contact Log**

| Basic Information |
|---|

| Case # LS13 2014005000 | Contact Log   Electronic Documents |
|---|---|
| Kum Gang San (FEIN ▇▇▇▇▇▇▇ ) | Initial Claim # LCM14006249 |
| Status  Pending Payment | Append New Claim To Case |

**New Entry**

| Entry Type   Contact | Please keep comments within 3500 characters |
|---|---|

Contact Type*    – Select –

Contact Date*    /    /

Comments

Follow Up/Reminders    /    /

File    Browse...

File Description

Send Tickler To    – Select –    Assigned Investigator ☑

Send Duplicate Tickler To    – Select –

Send Comment

[ Submit ]

| Contact Log | | |
|---|---|---|
| **Date** | **Entry** | **Follow Up/Reminder** |
| 06/08/2016 | Contact -Email<br>*(Entry updated 06/08/2016 by BCCLT3 )*<br>File scanned and uploaded to LS1 shared folder in response to FOIL request | |
| 06/07/2016 | Contact -Admin Action<br>*(Entry updated 06/07/2016 by USBAP3 )*<br>File scanned and uploaded to LS1 shared folder in response to FOIL request | |
| 05/09/2016 | Event -Misc<br>*(Entry updated 05/09/2016 by BCABSJ )*<br>Accurint search completed for responsible parties, uploaded to e-docs | |
| 03/18/2016 | Contact -Admin Action<br>*(Entry updated 03/18/2016 by bcahlg )*<br>I returned the physical OTC folder to the filing cabinet today | |
| 03/17/2016 | Contact -Email<br>*(Entry updated 03/17/2016 by bcahlg )*<br>Bond Demand referral package to Deputy Commissioner Rogers with cc to R. Nathanson and M McCann  Copy uploaded to E-Docs | |
| 03/14/2016 | Contact -Admin Action<br>*(Entry updated 03/14/2016 by bcahlg )*<br>Returning case to clencal staff for filing in active OTC drawers | |
| 03/07/2016 | Contact -Admin Action<br>*(Entry updated 03/07/2016 by bcahlg )*<br>Note to staff  I have pulled this case file and am working on it for a potential bond demand referral  If you need the file  it is in my office | |
| 03/03/2016 | Event -Misc<br>*(Entry updated 03/03/2016 by BCDPT3 )*<br>"? Kum Gang Inc " locates at 13828 Northern Blvd, flushing is still in business because when called to ask for their business hours, the person who answer the phone(718-461-0909) said the business is open 24 hours a day  A call made to 718-321-7171 was direct to business voice mail  However, the te ephone on WPM (212-967-0909) is not working | |
| 03/03/2016 | Contact -Email<br>*(Entry updated 03/03/2016 by bcahlg )*<br>Email to PM Tang requesting that he conduct some research to determine if this company is still in business or not (reviewing for possible bond demand referral) | |
| 02/12/2016 | Event -Judgment Eligible<br>*(Entry updated 02/12/2016 by BCDTS3 )*<br>NO notification of IBA and NO payment received  As such  notified W  Munandi and Supervisor | |

FL-16-0517  000028

NYS Dept of Labor Audit/Monetary System

| Date | Entry |
|---|---|
| | Labunski that case is ready for judgment prep  Mailed LS-24 Case Management Letter to originating claimant |
| 01/14/2016 | **Event -Claimant Update**<br>*(Entry updated 01/14/2016 by usdmmw )*<br>Jaime Peralta (1427341) had their  ack letter changed by Michelle Wilsey |
| 01/14/2016 | **System Log -Case Management Letter Update**<br>*(Entry updated 01/14/2016 by usdmmw )*<br>Jaime Peralta (1427341) has been flagged with 'Returned from post office' |
| 11/12/2015 | **Event -Order to Comply Issued**<br>*(Entry updated 11/12/2015 by BCCLT3 )*<br>Mailed and uploaded the approved OTC<br>. .  15-01074[1] doc | 01/12/2016 |
| 11/12/2015 | **Event -Misc**<br>*(Entry updated 11/12/2015 by BCDTS3 )*<br>Reviewed and approved OTC  forwarded to Lisa for mailing |
| 11/10/2015 | **Event -Order to Comply Issued**<br>*(Entry updated 11/10/2015 by usdmmw )*<br>Order no 15-01074  Case Management letters included in the order  LS-22 OTC Issued Letter<br>Order To Comply to be mailed  11/12/2015 | 01/09/2016 |
| | . .  15-01074.doc  (Pending Approval) |
| 11/04/2015 | **Event -Misc**<br>*(Entry updated 11/04/2015 by usbrws )*<br>OTC referral approved  ready for typing |
| 11/04/2015 | **Event -Investigator Assigned**<br>*(Entry updated 11/04/2015 by usbrws )*<br>Case assigned to Robert Smith by Robert Smith |
| 10/29/2015 | **Event -Case Transferred**<br>*(Entry updated 10/29/2015 by usnml1 )*<br>Case transferred from district 20 to district 13 by Maritza Lamboy |
| 10/29/2015 | **Event -Refer for OTC**<br>*(Entry updated 10/29/2015 by usnml1 )*<br>Case transferred to dist  13 for the issuance of an OTC<br>: 2014005000  pdf |
| 10/28/2015 | **Status Change -Pending Payment -System Log**<br>*(Entry updated 10/28/2015 by USAFE3 )* |
| 10/28/2015 | **Contact -System Log**<br>*(Entry updated 10/28/2015 by USAML1 )*<br>*A change to the audit is awaiting approval* |
| 10/28/2015 | **System Log**<br>*(Entry updated 10/28/2015 by USAML1 )*<br>2 claim(s) had Liquidated Damages applied to them |
| 10/28/2015 | **Status Change -Investigation Active-Notify Investigator -System Log**<br>*(Entry updated 10/28/2015 by USAFE3 )* |
| 10/28/2015 | **Contact -System Log**<br>*(Entry updated 10/28/2015 by USAFE3 )*<br>*Claim was returned from monetary for J  Ajanel (1329743)* |
| 10/28/2015 | **Contact -System Log**<br>*(Entry updated 10/28/2015 by USAFE3 )*<br>*An approval has been entered by Favio Escudero* |
| 10/28/2015 | **Status Change -Pending Payment -System Log**<br>*(Entry updated 10/28/2015 by USAFE3 )* |
| 10/28/2015 | **Contact -System Log**<br>*(Entry updated 10/28/2015 by USAML1 )*<br>*A change to the audit is awaiting approval* |
| 10/28/2015 | **Status Change -Investigation Active-Notify Investigator -System Log**<br>*(Entry updated 10/28/2015 by USAFE3 )* |
| 10/28/2015 | **Event -Investigator Assigned**<br>*(Entry updated 10/28/2015 by USAFE3 )*<br>Case assigned to Man Chi Lee by Favio Escudero |
| 10/20/2015 | **Event -Misc**<br>*(Entry updated 10/20/2015 by BCDPT3 )*<br>Accurint search on Kum kang Inc and Jay yoo are done, files uploaded to e-doc |
| 08/27/2015 | **Contact -Admin Action**<br>*(Entry updated 08/27/2015 by USAFE3 )*<br>Underpayment has not been remitted  Er also failed to contact us  Case transferred to Ammane Walters to complete OTC documents |
| 07/10/2015 | **Contact -Phone**<br>*(Entry updated 07/22/2015 by usahbk )*<br>As per Sr  LSI  contacted Mr  Lee  CPA and rep of the company but LSI did not receive any further information |
| 07/01/2015 | **Contact -Admin Action**<br>*(Entry updated 07/01/2015 by usahbk )*<br>LS18 which address confirmation send to Jaime Peralta was returned to DOL with "insufficient address unable to forward"  The clmt was not under LS20 2014005000 and it was tossed to another Kum Gang San (LS20 2015003177) |
| | **Contact -Admin Action** |

FL-16-0517  000029

NYS Dept of Labor Audit/Monetary System                                    Page 3 of 6

| 06/30/2015 | (Entry updated 06/30/2015 by usapbb )<br>COMPLAINT LETTER MAILED TO THE CLAIMANT WAS RETURNED BY THE POST OFFICE<br>(INSUFFICIENT ADDRESS)<br>image2015-06-18-143633--JAIME PERALTA.pdf |
| 06/24/2015 | Contact -Admin Action<br>(Entry updated 06/24/2015 by usahbk )<br>This is correct attachment for the case  Attached attachment dated 6/17/2015 should be ignored<br>All packages, ER letter  NOV  and Recap<br>Kum Gang Inc msg |
| 06/17/2015 | Contact -Admin Action<br>(Entry updated 06/17/2015 by usahbk )<br>All packages, ER letter, NOV  and recap served to ER and his rep  by mail<br>Search by phone  Phone Search  Reverse Lookup & Reverse Phone Search - PeopleLookup.mht |
| 06/16/2015 | Contact -Admin Action<br>(Entry updated 06/16/2015 by bchab3 )<br>Reviewed case  ok to serve |
| 06/16/2015 | Contact -System Log<br>(Entry updated 06/16/2015 by bchab3 )<br>An approval has been entered by Emy Bautista |
| 06/16/2015 | Status Change -Pending Payment -System Log<br>(Entry updated 06/16/2015 by bchab3 ) |
| 06/16/2015 | Contact -System Log<br>(Entry updated 06/16/2015 by usahbk )<br>A change to the audit is awaiting approval |
| 06/16/2015 | Contact -System Log<br>(Entry updated 06/16/2015 by usahbk )<br>A change to the audit is awaiting approval |
| 06/16/2015 | Contact -System Log<br>(Entry updated 06/16/2015 by usahbk )<br>Wage Statement/Records/Payment for M 3rd Party (1402461) for $ 0 was added by Haing Bo Kim |
| 06/16/2015 | Contact -System Log<br>(Entry updated 06/16/2015 by usahbk )<br>Minimum Wage for M  3rd Party (1402461) for $ 0 was deleted by Haing Bo Kim |
| 06/16/2015 | Event -Claimant Update<br>(Entry updated 06/16/2015 by usahbk )<br>MTR 3rd Party (1402461) had their  phone number changed by Haing Bo Kim |
| 06/12/2015 | Contact -System Log<br>(Entry updated 06/12/2015 by usahbk )<br>Unlawful Deductions for L Lanos (1407547) for $ 70 75 was added by Haing Bo Kim |
| 06/12/2015 | Contact -System Log<br>(Entry updated 06/12/2015 by usahbk )<br>Minimum Wage for L  Lanos (1407547) was changed from $ 60715 to $61115 by Haing Bo Kim |
| 06/12/2015 | Event -Claimant Update<br>(Entry updated 06/12/2015 by usahbk )<br>Lucas Lanos (1407547) had their  ssn changed by Haing Bo Kim |
| 06/12/2015 | Contact -System Log<br>(Entry updated 06/12/2015 by usahbk )<br>Minimum Wage for L  Lanos (1407547) was changed from $ 61036 75 to $60715 by Haing Bo Kim |
| 06/12/2015 | Event -Claimant Update<br>(Entry updated 06/12/2015 by usahbk )<br>Lucas Lanos (1407547) had their  ssn changed by Haing Bo Kim |
| 06/11/2015 | Contact -System Log<br>(Entry updated 06/11/2015 by usahbk )<br>Minimum Wage for L  Lanos (1407547) was changed from $ 61076 to $61036 75 by Haing Bo Kim |
| 06/11/2015 | Event -Claimant Update<br>(Entry updated 06/11/2015 by usahbk )<br>Lucas Lanos (1407547) had their  ssn changed by Haing Bo Kim |
| 06/05/2015 | Contact -Admin Action<br>(Entry updated 06/05/2015 by USAFE3 )<br>Senior LSI returned case to LSI to compute for 3 additional claimant and to explain regarding minor |
| 05/27/2015 | Contact -Admin Action<br>(Entry updated 05/27/2015 by bchab3 )<br>Case returned for revision/clarification of final report regarding minor found |
| 05/20/2015 | Contact -System Log<br>(Entry updated 05/20/2015 by usain3 )<br>Peralta  Jaime added to case |
| 05/14/2015 | Contact -Admin Action<br>(Entry updated 05/14/2015 by usbej1 )<br>SEE ATTACHED DOCUMENTS FOR SEGUNDO MANUEL QUITO<br>SEGUNDO MANUEL QUITO.pdf |
| 05/13/2015 | Contact -Admin Action<br>(Entry updated 05/13/2015 by usbej1 )<br>SEE ATTACHED DOCUMENTS FOR CARLOS QUITO<br>CARLOS QUITO.pdf |
| | Contact -Admin Action<br>(Entry updated 05/13/2015 by usbej1 ) |

NYS Dept of Labor Audit/Monetary System                                                      Page 4 of 6

| Date | Entry |
|---|---|
| 05/13/2015 | SEE ATTACHED DOCUMENTS FOR JAIME PERALTA<br>JAIME PERALTA.pdf |
| 05/01/2015 | Contact -Email<br>*(Entry updated 05/04/2015 by usahbk )*<br>3 additional claimants who were informed by Make the Road of New York (NGO)<br><br>RE Kum Gang San - additional workers (Complaint forms attached) msg |
| 05/01/2015 | Event -Claimant Update<br>*(Entry updated 05/01/2015 by usahbk )*<br>Carlos Quito (1407545) had their, last name changed by Haing Bo Kim |
| 05/01/2015 | Contact -Email<br>*(Entry updated 05/01/2015 by usahbk )*<br>Ms  Elizabeth Joynes informed that Make the Road New York (NGO) was appointed as representative<br>by former employee Miguel Palacios<br><br>Additional claimant for Kum Gang San msg |
| 04/22/2015 | Contact -Phone<br>*(Entry updated 04/22/2015 by usdeag )*<br>LSI Garcia recieved a phone call from Make The Road attorney Elizabeth Joins  Ms  joins stated that<br>there were three additional people who are employed by Kum Gang San who would like to be added to<br>the case  We verified if the three claimants had been already included in the case and two of the three<br>were in the case already  Ms  joins stated that she will instruct her client to come in to the office to file a<br>claim  We also informed Ms  Joins that she has one week to have her client be included since we<br>cannot hold up the investigation  Ms  Joins stated that she will have her client come in and will email<br>address for other claimants via email. |
| 03/25/2015 | Contact -Admin Action<br>*(Entry updated 03/25/2015 by USAFE3 )*<br>Senior LSI reviewed case  Er letter revised  Case transferred to Sup for review |
| 03/24/2015 | Contact -Admin Action<br>*(Entry updated 03/24/2015 by usahbk )*<br>Due to miscalculation for bp credit  underpayment was adjusted and re submit. |
| 03/24/2015 | Contact -System Log<br>*(Entry updated 03/24/2015 by usahbk )*<br>*Minimum Wage for M  Bernejez (1407542) was changed from $ 8963 88 to $9169 25 by Haing Bo Kim* |
| 03/24/2015 | Event -Claimant Update<br>*(Entry updated 03/24/2015 by usahbk )*<br>Manuel Perez Bernejez (1407542) had their; ssn changed by Haing Bo Kim |
| 03/24/2015 | Contact -System Log<br>*(Entry updated 03/24/2015 by usahbk )*<br>*Minimum Wage for L  Lanos (1407547) was changed from $ 60839.63 to $61076 by Haing Bo Kim* |
| 03/24/2015 | Event -Claimant Update<br>*(Entry updated 03/24/2015 by usahbk )*<br>Lucas Lanos (1407547) had their; ssn changed by Haing Bo Kim |
| 03/24/2015 | Contact -Admin Action<br>*(Entry updated 03/24/2015 by USAFE3 )*<br>SLSI reviewed case  Case returned to LSI to fix computations |
| 03/20/2015 | Contact -Admin Action<br>*(Entry updated 03/20/2015 by usahbk )*<br>Submit to review to Sr  LSI |
| 03/18/2015 | Event -Claimant Update<br>*(Entry updated 03/18/2015 by usahbk )*<br>Lucas Lanos (1407547) had their; first name changed by Haing Bo Kim |
| 03/18/2015 | Contact -System Log<br>*(Entry updated 03/18/2015 by usahbk )*<br>*Unlawful Deductions for J Gonzalez (1407543) for $ 15 was added by Haing Bo Kim* |
| 03/18/2015 | Event -Claimant Update<br>*(Entry updated 03/18/2015 by usahbk )*<br>Jose Gonzalez (1407543) had their ssn changed by Haing Bo Kim |
| 03/10/2015 | Event -Claimant Update<br>*(Entry updated 03/10/2015 by usahbk )*<br>Sandos Gonzalez (1407544) had their  rate changed by Haing Bo Kim |
| 03/10/2015 | Contact -System Log<br>*(Entry updated 03/10/2015 by usahbk )*<br>*Minimum Wage for M  Palacios (1329744) was changed from $ 0 to $25987 88 by Haing Bo Kim* |
| 03/10/2015 | Event -Claimant Update<br>*(Entry updated 03/10/2015 by usahbk )*<br>Miguel Palacios (1329744) had their; begin date  ack letter changed by Haing Bo Kim |
| 03/10/2015 | Contact -System Log<br>*(Entry updated 03/10/2015 by usahbk )*<br>*Minimum Wage for F Padeco (1407562) for $ 87414 was added by Haing Bo Kim* |
| 03/10/2015 | Event -Claimant Update<br>*(Entry updated 03/10/2015 by usahbk )*<br>Jose Gonzalez (1407543) had their  phone number changed by Haing Bo Kim |
| 03/10/2015 | Contact -System Log<br>*(Entry updated 03/10/2015 by usahbk )*<br>*Minimum Wage for J  Ajanel (1329743) was changed from $ 0 to $86357 25 by Haing Bo Kim* |
| 03/10/2015 | Event -Claimant Update<br>*(Entry updated 03/10/2015 by usahbk )*<br>Juan Carlos Ajanel (1329743) had their  begin date  end date  ack letter changed by Haing Bo Kim |

FL-16-0517   000031

| | |
|---|---|
| 02/18/2015 | **Contact -System Log**<br>*(Entry updated 02/18/2015 by usahbk )*<br>Minimum Wage for M 3rd Party (1402461) for $ 0 was added by Haing Bo Kim |
| 02/18/2015 | **Contact -Phone**<br>*(Entry updated 02/18/2015 by usahbk )*<br>Regarding status of the case, received a call from Ms. Liz, atty of Make the Road NY |
| 10/09/2014 | **Contact -Email**<br>*(Entry updated 10/09/2014 by usahbk )*<br>Regarding as furnish record, employer was advised<br>    RE KumGanoSan Rest 8 8 2014.msg |
| 10/01/2014 | **Contact -Email**<br>*(Entry updated 10/01/2014 by usahbk )*<br>Employer responded to our questions, minor and record furnish  She was advised to furnish payroll records. She informed that the minor laebor will be out of his working station without birth certificate<br>    RE KumGanoSan Rest .msg |
| 09/29/2014 | **Contact -Email**<br>*(Entry updated 09/29/2014 by usahbk )*<br>Regarding minor and payroll records, advice delivered to contact person Ms. Kim<br>    RE From KumGangSen Rest ID .msg |
| 09/29/2014 | **Contact -Email**<br>*(Entry updated 09/29/2014 by usahbk )*<br>Regarding furnish payroll and minor  employer was advised: records were not provided all requested and minor should be away from working station without legal birth certificated. |
| 09/04/2014 | **Contact -Field Visit**<br>*(Entry updated 09/05/2014 by usahbk )*<br>Obtained copy the suspected minor, Juan Morales  He worked at the cooking line at the time. By the his ID, its issued by no agency but sealed by "Authenticity Genuine".<br>    kumkangsan minor.msg |
| 09/02/2014 | **Contact -Phone**<br>*(Entry updated 09/02/2014 by USNSN3 )*<br>Phone call received from claimant Juan Carlos Anajel regarding ticket #554679. LSI disclosed LSI Haing Bo Kim's contact information to Mr. Anajel. Mr. Anajel may be contacted a[BLACKED OUT] |
| 08/28/2014 | **Contact -Admin Acbon**<br>*(Entry updated 08/28/2014 by usahbk )*<br>Received partial payroll records the period from 7/28/14–8/17/14 of working schedules and payroll journal. It's a hand delivered by Ms. Liz Kim, part time worker of the firm. |
| 08/21/2014 | **Contact -Fax Received**<br>*(Entry updated 08/22/2014 by usahbk )*<br>Received a proof of minor  Juan Morales Mejia from Mr  Lee, manager of the restaurant. By this card, he was born 1996 but it was hard to figure an issued agency and picture of minor. |
| 08/20/2014 | **Contact -Phone**<br>*(Entry updated 08/22/2014 by usahbk )*<br>Employer requested an extention days for PR furnish. 1 week extended as per Ms  Bautsta, Supervising LSI |
| 08/12/2014 | **Contact -Email**<br>*(Entry updated 08/13/2014 by usahbk )*<br>Updated information for interviewed employee, Santos Gonalez. His contact number is [BLACKED OUT]<br>Updated contact number for interviewed EE<br>    Kum Kang Inc.msg |
| 08/11/2014 | **Contact -Fax Received**<br>*(Entry updated 08/11/2014 by usahbk )*<br>Requested recent payroll was received from their accountant, Mr. Lee. |
| 08/08/2014 | **Contact -Field Visit**<br>*(Entry updated 08/11/2014 by usahbk )*<br>1st visited with Mr  Escudero, Sr LSI and Ms. Garcia, LSIT. There were more than 15employees worked at the restaurant which 3 stored, including basement. The restaurant is located at main business district in Korean town, Manhattan  It opens from 7AM to 2AM, no closed in year (Prior this year  it opened 24hours) Time cards located near reception area in 1st floor but none used  LS129 with Mr  Lee Sang Nam, manager and he alleged that daily record was reported by time card until beginning of this year and none use after broken. All staffs work by schedules in departments, kitchen and serving hall and obtained this schedules. While investigation, Mr  Escudero informed this writer that some were ordered to go out by menagerie group and employees were afraid of to speak with investigator or/and refused  12 employees interviewed with their native languages, Spansh and Korean  They alleged that they are being paid by cash, salary on Monday, no daily attendance since February of this year, work by schedule  various working hours, 6 days  2–3 free meals per day but an employee stated that he paid $3 for meal  from 10minutes up to 2 hours for meal break, no uniform required for kitchen staffs and server should be wear black pants and white shirts which should purchased the pointed place by employer  one of interviewed employee knife deducted amount for equipment, knife  Others, found suspicious minor who named as Juan Morales and he does cook in kitchen when LSI got into kitchen without any ID  He was ordered to stop to work and leave the premises until proved of his age  At the time  employer was not available to prove his age with official documentory and was asked to furnish a proof of his age ASAP  Issued wo 138  Spoke with their accountant, Mr  Lee (212)779-2412 and he will provide last payroll records  All records are keeping at the main office, Flushing  Revisit for payroll exam would be on 8/22/14 |
| 07/23/2014 | **Event -Investigator Assigned**<br>*(Entry updated 07/23/2014 by usbkpc )*<br>Case assigned to Haing Bo Kim by Kam Piu Chan |
| 07/23/2014 | **Status Change -Investigation Active -System Log**<br>*(Entry updated 07/23/2014 by usbkpc )* |

FL-16-0517  000032

NYS Dept of Labor Audit/Monetary System                                    Page 6 of 6

| | |
|---|---|
| 07/23/2014 | **Event -Case Transferred**<br>*(Entry updated 07/23/2014 by us0spc )*<br>Case transferred from district 01 to district 20 by Sue Chan-Leung |
| 07/21/2014 | **Contact -Admin Action**<br>*(Entry updated 07/21/2014 by usapaf )*<br>Minimum Wage claim for Juan Ajanel<br>Juan Ajanel pdf |
| 07/21/2014 | **Contact -Admin Action**<br>*(Entry updated 07/21/2014 by usapaf )*<br>Claim for Minimum Wage for Miguel Palacios<br>Miguel Palacios pdf |
| 07/16/2014 | **Contact -System Log**<br>*(Entry updated 07/16/2014 by USBWRH )*<br>Palacios, Miguel added to case |
| 07/16/2014 | **Status Change -Investigation Pending -System Log**<br>*(Entry updated 07/16/2014 by USBWRH )*<br>*Claim has been made into a case* |

FL-16-0517  000033

**Haing B Kim**
Labor Standards Investigator

**New York State Department of Labor**
Division of Labor Standards
75 Varick Street 7th Floor
New York NY 10013

Phone: 212-775-3661
Fax. 212-775-3375
Email: Haing.kim@labor.ny.gov
www.labor.ny.gov

June 16, 2015

Mr. Kang Youl Lee CPA
303 5th Avenue Suite 1107
New York, NY 10016

LS20 2014005000 vs Mr. Ji Sung Yoo and Kum Gang San

Dear Mr. Lee:

This letter is in reference to the investigation conducted by this department in the above-referenced case of your client, Kum Gang San. On 08/08/2014, we made a field visit for initial inspection to Kum Kang San located on 49 W. 32nd Street, New York, NY 10016. During this visit, we spoke with Mr. Sang Min Lee who identified himself as manager of the restaurant. He provided basic business information and copy of record; however, he indicated that most records are kept at the Flushing office. We observed 15 employees at the premise and an underage employee Juan Morales who worked as a cook and failed to provide identification. He was ordered to go home since he and your client failed to provide proof of his age. We conducted employee interviews and employees stated to work more than 40 hours per week and to earn a weekly set salary. Furthermore, some employees take less than ½ hours for meal break and are charged $3 for meal. One employee indicated having $15 deducted from his pay for material loss or damage (knife). A notice of revisit scheduled for 9/3/2014 to inspect records from 06/2011 to 08/2014 was served to your client.

On 8/11/2014, you provided recent payroll journal for 8/2/2014 weekending. On 9/2014, your client provided a partial payroll records for the week ending 8/2/2014 to 8/17/2014. Based on the available information provided, we have concluded that your client failed to keep true and accurate records for all employees. There were no wage statements, bank statement, NYS 45 furnished. Your client also failed to provide a notice of pay to employees. Furthermore, records indicate 22 employees including one Spanish speaking employee. However, during our initial field visit we observed more than 10 Spanish speaking employees. Also, records did not corroborate with employee interviews or claims Regarding minor, your client provided identification which was issued by non-governmental agency; therefore, we consider this identification to be invalid

Due to lack of records maintained by your client, the computations are based on information provided by claimants and taken interviews in initial visit.



NEW YORK STATE OF OPPORTUNITY | Department of Labor

As an example, claimant Juan Carlos Ajanel worked 66 hours per week, 6 days, 1 hour for meal break, at a rate of $550.00 per week the period 2011 to 2012 as kitchen worker.

Regular wage rate of pay for the 40 hours worked per week= $550.00/40 hours = $13.75 per hour;
Overtime rate of pay = $20.63 ($13.75 * 1.5) per hours;
Weekly wage earned for the 40 hours= $13.75 X 40 hours = $550 per week;
Weekly wages earned for overtime 26 hours worked = $20.63 X 26 hours = $536.38;
Total weekly wages earned for working 66 hours per week = $1,086.38 (=$550 +$536.38);
Weekly underpayment = $1,129.88 ($1,086.38 weekly wages earned + $43.50 for spread of hour) - $580 ($550 paid wage + $30 which $2.5 meal credit * 2 times per day* 6days) = $549.88.

We are enclosing a Notice of Labor Law Violation for Article 19 section §661, 146.2-3, 146.2-2, Article 6 payment of wages §193.1, Article 4 Employment of Minors §138.(See attached)  Be advised that these monetary violations carry a monetary penalty of up to $2,000.00 each per week for the second time violation. Accordingly, we are imposing $9,000 penalty. (138 is first time)

Please remit payment for **$822,752. 65** ($651,019.26 for underpayment and illegal deduction plus $162,733.39 for Liquidated Damages and plus $9,000 for penalties) by check or money order payable to the Commissioner of Labor by 7/1/2015.  Payment should be in the amount due after legal deductions.  Please itemize to show differences between the gross and net amounts.  Contact us by 6/26/2015 to discuss a payment plan if unable to make payment in full by deadline.

If you do not agree with the amount due and/or payable to the claimant(s), or would like to request a compliance conference to discuss and to try to resolve these issues please respond by 6/26/2015. Also, your case number (LS20 2014005000) and/or employer identification number [REDACTED] must be shown on all payments and correspondence submitted to the office.

Failure to remit payment will result in the issuance of an Order to Comply with 16% interest, civil penalties of up to 200%, and 100% liquidated damages assessed on the amount due, without further notice.

We look forward to you prompt attention to this matter. Should you have any question, please contact Senior Labor Standards Investigator Mr. Favio Escudero at 212-775-3626.

Sincerely.

Haing Bo Kim

Labor Standards Investigator



NEW YORK STATE OF OPPORTUNITY. | Department of Labor

CC: Kum Gang San



Attention: Mr. Ji Sung Yoo

Kum Gang San

49 W. 32nd Street

New York, NY 10001

Attention: Mr. Ji Sung Yoo

3

NEW YORK | Department
of Labor

FL-16-0517   000036



**New York State Department of Labor**
Andrew M. Cuomo, Governor
**Mario J. Musolino**, Acting Commissioner

Notice of Payment Due

The reverse side of this letter shows the Labor Department's calculation of money owed to your employees. If you agree with the total, obtain a check or money order in that amount payable to the Commissioner of Labor. Mail your payment to the office checked below within 20 days  If you wish to discuss the details of the claim or the amount due, call the number listed for that office within 10 days to speak to an investigator.

Labor Standards offices and phone numbers:

- ❑    State Office Building, Albany, NY 12240, 518-457-2730
- ❑    44 Hawley Street, Rm. 909, Binghamton, NY 13902, 607-721-8014
- ❑    65 Court Street, Buffalo, NY 14202, 716-847-7141
- ❑    400 Oak Street, Suite 101, Garden City, NY 11530, 516-794-8195
- ☒    75 Varick Street, 7th Floor, NY, NY 10013, 212-775-3880
- ❑    109 S. Union Street, Rochester, NY 14607, 585-258-4550
- ❑    333 East Washington Street, Syracuse, NY 13202, 315-428-4057
- ❑    120 Bloomingdale Road, White Plains, NY 10605, 914-997-9521

> **Return a copy of this form with your payment to assure proper credit to your account.**

### Warning

If you do not send the payment by the 20-day deadline or contact us about it within 10 days, we may issue an order to comply that will add a penalty to the amount owed. To obtain more information about this finding, call the number listed above.

An order to comply directs you to pay wages, benefits or supplements and adds interest charges at a rate set by the Superintendent of Banks under Section 14-a of the Banking Law  The interest rate is set each year and runs from the date of underpayment to the date the employee receives payment. The order to comply also adds a civil penalty of the total payment to the amount owed  (Sections 218-219, New York State Labor Law).

Case # LS20 2014005000

## RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Hospitality INDUSTRY

| NAME AND ADDRESS OF EMPLOYER | | INVESTIGATOR |
|---|---|---|
| Kum Kang Inc.<br>49 West 32nd St<br>New York NY 10001 | FEIN<br>ESTABLISHMENT I.D. LS20 2014005000 | Haing Bo Kim<br><br>DATE<br>06/16/2015 |

Note  Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed  If you remit the net amount due you must Remize the legal deductions for each employee separately on an additional sheet.

### THE EMPLOYEES LISTED BELOW ARE DUE: Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Ajanel, Juan Carlos | | 08/07/2011 to 08/03/2014 | Min Wage $86,357.25 | | $21,589 31 | | | | |
| Total Amounts Due to: Ajanel, Juan Carlos | | | | $86,357.25 | | $21,589.31 | $107,946.56 | | |
| Bernejez, Manuel Peiez | | 01/05/2014 to 08/03/2014 | Min Wage $9,169.25 | | $2,292.31 | | | | |
| Total Amounts Due to: Bernejez, Manuel Peiez | | | | $9,169.25 | | $2,292.31 | $11,461.56 | | |
| Gonzalez, Jose | | 08/07/2011 to 08/03/2014 | Min Wage $88,359.00 | | $22,089.75 | | | | |
| Gonzalez, Jose | | 08/07/2011 to 08/03/2014 | Deducts $15.00 | | $0.00 | | | | |
| Total Amounts Due to: Gonzalez, Jose | | | | $88,374.00 | | $22,089.75 | $110,463.75 | | |
| Gonzalez, Sandos | | 08/07/2011 to 08/03/2014 | Min Wage $26,283 00 | | $6,570.75 | | | | |
| Total Amounts Due to: Gonzalez, Sandos | | | | $26,243.00 | | $6,570.75 | $32,853.75 | | |

--1--

Case # LS20 2014005000

**RECAPITULATION SHEET - PRELIMINARY REPORT**

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Hospitality INDUSTRY

| NAME AND ADDRESS OF EMPLOYER | FEIN | INVESTIGATOR |
|---|---|---|
| Kum Kang Inc.<br>49 West 32nd St<br>New York NY 10001 | ESTABLISHMENT I.D. LS20 2014005000 | Haing Bo Kim<br><br>DATE<br>06/16/2015 |

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Kim, Kyung Moon | | 08/07/2011 to 08/03/2014 | Min Wage $75,220.50 | | $18,805.13 | | | | |
| Total Amounts Due to: Kim, Kyung Moon | | | | $75,220.50 | | $18,805.13 | $94,025.63 | | |
| Larios, Lucas | | 08/07/2011 to 08/03/2014 | Min Wage $61,115.00 | | $15,278.75 | | | | |
| Larios, Lucas | | 08/07/2011 to 08/03/2014 | Deducts $70.75 | | $0.00 | | | | |
| Total Amounts Due to: Larios, Lucas | | | | $61,185.75 | | $15,278.75 | $76,464.50 | | |
| Morales, Juan | | 06/19/2014 to 08/03/2014 | Min Wage $3,832.50 | | $958.13 | | | | |
| Total Amounts Due to: Morales, Juan | | | | $3,832.50 | | $958.13 | $4,790.63 | | |
| Padeco, Francisco | | 08/07/2011 to 08/03/2014 | Min Wage $87,414.00 | | $21,853.50 | | | | |
| Total Amounts Due to: Padero, Francisco | | | | $87,414.00 | | $21,853.50 | $109,267.50 | | |
| Palacios, Miguel | | 08/07/2011 to 01/31/2013 | Min Wage $25,987.88 | | $6,496.97 | | | | |
| Total Amounts Due to: Palacios, Miguel | | | | $25,987.88 | | $6,496.97 | $32,484.85 | | |

--2--

Case # LS20 2014005000

## RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Hospitality INDUSTRY

| NAME AND ADDRESS OF EMPLOYER | | INVESTIGATOR |
|---|---|---|
| Kum Kang Inc.<br>49 West 32nd St<br>New York NY 10001 | FEIN ▮▮▮▮▮<br>ESTABLISHMENT I.D. LS20 2014005000 | Haing Bo Kim |
| | | DATE<br>06/16/2015 |

Note  Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense  The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Quito, Carlos | ▮▮▮▮▮ | 08/07/2011 to 08/03/2014 | Min Wage $105,996.75 | | $26,499.19 | | | | |
| Total Amounts Due to: Quito, Carlos | | | | $105,996.75 | | $26,499.19 | $132,495.94 | | |
| Sardt, Gery | ▮▮▮▮▮ | 02/05/2012 to 08/03/2014 | Min Wage $81,198.38 | | $20,299.60 | | | | |
| Total Amounts Due to: Sardt, Gery | | | | $81,198.38 | | $20,299.60 | $101,497.98 | | |
| | | TOTAL GROSS AMOUNT | | $651,019.26 | TOTAL LIQUIDATED DAMAGES | $162,733.39 | $813,752.65 | | |

–3–



State of New York
Department of Labor
Division of Labor Standards

## Notice of Labor Law Violation

| Employer |
|---|

**Kum Gang San**

FEIN: ▮▮▮▮▮▮▮
Phone: (212) 967-0909
Entity Type: Corporation

Name and Address:

Kum Gang San
49 West 32nd St
New York NY 10001

Case ID#: LS20 2014005000
Job Location(*if different*):

_____
_____
_____

| Investigation |
|---|

Responsible Person Notified:
(*Name, Title, Address*)

Mr. J: Sung Yoon ( owner)
138-28 Northern Blvd.
Flushing, NY 11354

Violation Date and Time: in 2011 ~ 2014
Date of Issuance: 2015
Phone: _____

**A VIOLATION OF THE WAGE AND BENEFIT SECTIONS OF CHAPTER 31 IS A MISDEMEANOR FOR A FIRST OFFENSE AND A FELONY FOR A SECOND OFFENSE, WITH PENALTIES AS PRESCRIBED BY LAW. YOU ARE HEREBY NOTIFIED TO TAKE IMMEDIATE ACTION TO COMPLY WITH ALL PROVISIONS OF THE LAW.**

Carmine Ruberto, Director
FOR THE COMMISSIONER OF LABOR

By: Haing Bo Kim
    LABOR STANDARDS INVESTIGATOR

LS-142(7-06)

page 1

FL-16-0517   000041



State of New York
Department of Labor
Division of Labor Standards

## Notice of Labor Law Violation

| Report of Findings |
| --- |

Violation of the sections of the Labor Law noted on this report may subject you to an assessment of a civil penalty pursuant to Labor Law Sections 141, 218, 345 and 361. **If you wish to discuss these findings please contact the district office below within 10 days of the date of issuance of this Notice of Labor Law Violation.** Address your request to:

New York State Dept of Labor
Division of Labor Standards
75 Varick Street
7th Floor
New York NY 10013

I hereby request a meeting to discuss these findings with the Division of Labor Standards.

_____          _____
Signature                                                          Date

Name, Address and Phone Number *(if different from above)*

_____
_____
_____
_____

## Article 19 - Minimum Wage Act and Minimum Wage Orders

Part 146-2 3 Furnish to each employee a statement with every payment of wages listing the hours worked, rates paid, gross wages, any allowances claimed, deductions, and net wages (Hospitality Industry).

## Article 6 - Payment of Wages

§ 193.1 Discontinue deducting money from your employee's wages to cover charges not permitted by law.

§ 195.1 Notify employees, at the time of hire, of the rate of pay and of the regular pay day designated in advance by the employer

## Article 4 - Employment of Minors

§ 138 Discharge minors apparently under 18, or file within 10 days evidence as required by the education law, that minor(s) are over the age for which a certificate is required

## Article 19 - Minimum Wage Act and Minimum Wage Orders

§ 661 Keep and have available for inspection a true and accurate record for each employee, showing daily and weekly hours worked, gross wages, deductions, any allowances claimed and net wages, and all other records required under the Minimum Wage Order for this industry found in NYS Codes, Rules and Regulations Title 12, Parts 137, 138, 141, 142,

LS-142(7-05)                                                                                           page 2

FL-16-0517   000042



**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Mario J. Musolino, *Acting Commissioner*

**Date: November 12, 2015**

JiSung Sung Yoo A/K/A Ji Sung Yoo
A/K/A Jay Yoo and
Kum Kang Inc
(T/A Kum Gang San)
49 West 32nd Street
New York, NY 10001

**Refer to: Order to Comply No.**
**15-01074**

## NOTICE

The attached Order(s) to Comply list(s) wages due and owing, interest assessed to the date of the Order, and any civil penalty assessed.

The law requires interest to accrue until payment is received; however, satisfactory compliance with this Order will be met if the total amount due including interest and any civil penalty is paid within 10 days of the receipt of the Order(s). <u>Your check or money order for the total amount including interest and any civil penalty should be made payable to the "Commissioner of Labor" and submitted in the self-addressed envelope enclosed.</u>

If you have any questions regarding the attached Order(s), please contact Supervising Investigator, New York State Department of Labor, Division of Labor Standards, Monetary Services, State Office Bldg. Campus, Bldg 12, Rm 185B, Albany, NY 12240.

For the Commissioner of Labor

Carmine Ruberto, Director
Division of Labor Standards

Attachment



**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Mario J. Musolino, *Acting Commissioner*

Date: **November 12, 2015**

ORDER TO COMPLY WITH ARTICLE 19
OF THE NEW YORK STATE LABOR LAW

Refer to: **Order to Comply No.**
**15-01074**

JiSung Sung Yoo A/K/A Ji Sung Yoo
A/K/A Jay Yoo and
Kum Kang Inc.
(T/A Kum Gang San)
49 West 32nd Street
New York, NY 10001

| | |
|---|---|
| Minimum Wage: | **$650,933.51** |
| Interest at 16.0% | **$139,222.96** |
| Liquidated Damages 100.0% | **$650,933.51** |
| Civil Penalty | **$650,933.51** |
| Total Due: | **$2,092,023.49** |

Upon investigation the Commissioner of Labor FINDS:

A.  At all times mentioned in this Order the above named was an Employer as defined in Section 651.6 of the New York State Labor Law and conducted business at the above address.

B.  Said Employer employed the person(s) named on the attached Schedule of Underpayments for the periods set forth therein, in occupations which were subject to the provisions of Section 652 of the New York State Labor Law

C.  The aforesaid employment was subject to Article 19 of the New York State Labor Law and the Minimum Wage Order of Title 12 NYCRR Part No. 146.  During the designated period the Employer paid the named employee(s) a wage rate below the minimum prescribed in such Minimum Wage Order

D   There is due and owing by the Employer to the said employee(s) the sum as indicated above for underpayment of wages.

E   There is also due and owing by the Employer to the said employee(s) interest at the above rate to the above date in the sum indicated above, which shall continue to accrue at the said rate until the aforesaid wages are paid

F.  There is also due and owing by the Employer to the said employee(s) liquidated damages in the amount of one hundred (100) percent of wages due and owing



**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Mano J Musolino, *Acting Commissioner*

Refer to: 15-01074

G.   There is due and owing by the Employer to the Commissioner of Labor a civil penalty in the
     above amount.  In determining the penalty the following have been given due consideration.  the
     size of the employer's business, the good faith of the employer, the gravity of the violation, the
     history of previous violations and the failure to comply with record keeping or other non-wage
     requirements as revealed by an investigation conducted by the Division of Labor Standards.



**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Mario J. Musolino, *Acting Commissioner*

Date: November 12, 2015

**Schedule of Minimum Wage Underpayments**

Refer to: Order to Comply No.
15-01074

**NAME OF EMPLOYER AND ADDRESS OF PLACE OF EMPLOYMENT**
JiSung Sung Yoo A/K/A Ji Sung Yoo
A/K/A Jay Yoo and
Kum Kang Inc.
(T/A Kum Gang San)
49 West 32nd Street
New York, NY 10001

| NAME, ADDRESS, SS#, & ID# OF EMPLOYEE | OCCUPATIONAL CLASSIFICATION | PERIOD COVERING | | TOTAL DUE |
|---|---|---|---|---|
| | | FROM | TO | |
| Ajanel, Juan Carlos <br><br> LCT1329743 | Kitchen Worker | 08/07/2011 | 08/03/2014 | $86,357.25 |
| Bernejez, Manuel Peiez <br><br> LCT1407542 | Busboy | 01/05/2014 | 08/03/2014 | $9,169.25 |
| Gonzalez, Jose <br><br> LCT1407543 | Kitchen staff | 08/07/2011 | 08/03/2014 | $88,359.00 |



**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Mario J. Musolino, *Acting Commissioner*

## Refer to: 15-01074

| | | | | |
|---|---|---|---|---|
| Gonzalez, Sandos | Cook | 08/07/2011 | 08/03/2014 | $26,283.00 |
| LCT1407544 | | | | |
| Kim, Kyung Moon | Kitchen Worker | 08/07/2011 | 08/03/2014 | $75,220.50 |
| LCT1407546 | | | | |
| Larios, Lucas | Busboy | 08/07/2011 | 08/03/2014 | $61,115.00 |
| LCT1407547 | | | | |
| Morales, Juan | Cook | 06/15/2014 | 08/03/2014 | $3,832.50 |
| LCT1407561 | | | | |
| Padeco, Francisco | Kitchen Worker | 08/07/2011 | 08/03/2014 | $87,414.00 |
| LCT1407562 | | | | |
| Palacios, Miguel | Busboy | 08/07/2011 | 01/31/2013 | $25,987.88 |
| LCT1329744 | | | | |
| Quito, Carlos | Busboy | 08/07/2011 | 08/03/2014 | $105,996.75 |
| LCT1407545 | | | | |
| Sardt, Gery | Cook | 02/05/2012 | 08/03/2014 | $81,198.38 |
| LCT1407581 | | | | |
| **TOTAL** | | | | $650,933.51 |



**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Mario J. Musolino, *Acting Commissioner*

Date: **November 12, 2015**

**ORDER TO COMPLY WITH ARTICLE 6
OF THE NEW YORK STATE LABOR LAW**

Refer to: Order to Comply No.
15-01074

JiSung Sung Yoo A/K/A Ji Sung Yoo
A/K/A Jay Yoo and
Kum Kang Inc.
(T/A Kum Gang San)
49 West 32nd Street
New York, NY 10001

| | |
|---|---|
| Unlawful Deductions | **$85.75** |
| Interest at 16.0%: | **$14.45** |
| Liquidated Damages 100.0% | **$85.75** |
| Civil Penalty: | **$85.75** |
| Total Due: | **$271.70** |

Upon investigation the Commissioner of Labor FINDS:

A.   At all times mentioned in this Order the above named was an Employer as defined in Section 190.3 of the New York State Labor Law and conducted business at the above address.

B.   Said Employer employed the person(s) named on the attached Schedule of Unlawful Deductions for the periods set forth therein,

C    Said Employer made deductions from wages earned by the employee(s) in the amounts shown above for the periods designated in the attached Schedule of Unlawful Deductions contrary to the provisions of Section 193 of the New York State Labor Law.

D.   There is due and owing by the Employer to the said employee(s) the sum as indicated above for unlawful deductions from wages.

E    There is also due and owing by the Employer to the said employee(s) interest at the above rate to the above date in the sum indicated above, which shall continue to accrue at the said rate until the aforesaid unlawful deductions are paid.

F.   There is also due and owing by the Employer to the said employee(s) liquidated damages in the amount of one hundred (100) percent of wages due and owing

G.   There is due and owing by the Employer to the Commissioner of Labor a civil penalty in the above amount.  In determining the penalty the following have been given due consideration:  the size of the employer's business, the good faith of the employer, the gravity of the violation, the history of previous violations and the failure to comply with record keeping or other non-wage requirements as revealed by an investigation conducted by the Division of Labor Standards.

 **New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Mario J. Musolino, *Acting Commissioner*

**Date: November 12, 2015**

**Schedule of Unlawful Deductions**

**Refer to: Order to Comply No.
15-01074**

**NAME OF EMPLOYER AND ADDRESS OF PLACE OF EMPLOYMENT**
JiSung Sung Yoo A/K/A Ji Sung Yoo
A/K/A Jay Yoo and
Kum Kang Inc.
(T/A Kum Gang San)
49 West 32nd Street
New York, NY 10001

| NAME, ADDRESS, SS#, & ID# OF EMPLOYEE | OCCUPATIONAL CLASSIFICATION | PERIOD COVERING | | TOTAL DUE |
| --- | --- | --- | --- | --- |
| | | FROM | TO | |
| Gonzalez, Jose ▇▇▇ LCT1407543 | Kitchen staff | 08/07/2011 | 08/03/2014 | $15.00 |
| Larios, Lucas ▇▇▇ LCT1407547 | Busboy | 08/07/2011 | 08/03/2014 | $70.75 |
| **TOTAL** | | | | $85.75 |



**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Mario J. Musolino, *Acting Commissioner*

Date: **November 12, 2015**

**ORDER UNDER ARTICLE 4, 6 AND 19
OF THE NEW YORK STATE LABOR LAW**

Refer to: **Order to Comply No.
15-01074**

JiSung Sung Yoo A/K/A Ji Sung Yoo
A/K/A Jay Yoo and
Kum Kang Inc.
(T/A Kum Gang San)
49 West 32nd Street
New York, NY 10001

| Civil Penalties: | | |
|---|---|---|
| Count 1 | - | $2,000.00 |
| Count 2 | - | $2,000.00 |
| Count 3 | - | $2,000.00 |
| Count 4 | - | $2,000.00 |
| Count 5 | - | $1,000.00 |
| Total | - | $9,000.00 |

Upon investigation the Commissioner of Labor FINDS:

A. At all times mentioned in this Order, the above named was an employer as defined in New York State Labor Law and conducted business at the above address

B. Said employer employed employees as defined in New York State Labor Law.

**Count 1**

C. That said employer violated section 661 of Article 19 of the New York State Labor Law as supplemented by the Hospitality Industry Wage Order, Part 146 of Title 12 of the Official Compilation of Codes, Rules and Regulations, Section 2 1, by failing to keep and/or furnish true and accurate payroll records for each employee. Said employer was duly requested to provide payroll records for the period of time from on or about August 7, 2011 through August 3, 2014.

 **New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Mario J. Musolino, *Acting Commissioner*

Refer to: 15-01074

## Count 2

D.  That said employer violated Section 661 of Article 19 of the New York State Labor Law as
supplemented by the Hospitality Industry Wage Order, Part 146 of Title 12 of the Official
Compilation of Codes, Rules and Regulations, Section 2 2 by failing to furnish to each
employee at the start of employment, written notice in English and any other language spoken
by the new employee as their primary language, of the employee's regular hourly rate of pay,
overtime hourly rate of pay, the amount of tip credit, if taken and the regular payday.  Said
employer failed to furnish this notice during the period from on or about August 7, 2011
through August 3, 2014.

## Count 3

E.  That said employer violated Section 661 of Article 19 of the New York State Labor Law as
supplemented by the Hospitality Industry Wage Order, Part 146 of Title 12 of the Official
Compilation of Codes, Rules and Regulations, Section 2.3 by failing to furnish to each
employee a statement with every payment of wages, listing the hours worked, rates paid,
gross wages earned, any allowances claimed, deductions and net wages during the period
from on or about August 7, 2011 through August 3, 2014

## Count 4

F   That said employer violated Section 193.1 of Article 6 of the New York State Labor Law by
making prohibited deductions from the wages of employees.  Said employer made deductions
from employee wages from on or about August 7, 2011 through August 3, 2014.

## Count 5

G.  That said employer violated Section 138 of Article 4 of the New York State Labor Law by failing
to furnish evidence that Juan Morales is over the age for which an employment certificate is
required

Phone  (518) 485-2778 Fax  (518) 457-8452
State Office Bldg  Campus, Bldg 12, Rm 185B,  Albany, NY 12240
www labor state ny us

FL-16-0517  000057

 **New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Mario J. Musolino, *Acting Commissioner*

Order to Comply No
15-01074

NOW, upon the foregoing findings and giving due consideration to the statutory criteria of the size of the employer's business, the good faith of the employer, the gravity of the violation, the history of previous violations, as revealed by the investigation of the division of Labor Standards and reports of any conferences with the employer, and by the authority of section 218 of the Labor Law, it is hereby

ORDERED, that the employer comply with the provisions of the Labor Law by remitting to the Commissioner of Labor the total sum as indicated above, for any wages due, plus interest and/or civil penalties assessed, to be disbursed according to law, and it is further

ORDERED that, in the event that the wages due, interest thereon, liquidated damages and the civil penalty assessed are not paid within 60 days following the service of a certified copy of this Order upon the employer, and no petition has been filed by the employer with the Industrial Board of Appeals for review of this determination, said Order may be filed with the County Clerk where the employer resides or has a place of business, and the Clerk shall without further notice enter judgment pursuant to Section 218 and Section 219 of the New York State Labor Law in the total amount indicated above with the stated rate of interest from the date hereof until payment.

For the Commissioner of Labor

Carmine Ruberto, Director
Division of Labor Standards

**Dated: November 12, 2015**

If you are aggrieved by this Order, you may appeal within 60 days from the date issued to the Industrial Board of Appeals as provided by Section 101 of the Labor Law. Your appeal should be addressed to the Industrial Board of Appeals, Building 12, Room 116, The Governor Averell Harriman State Office Building Campus, Albany, NY 12240

For a copy of the Rules of Procedure, contact the Board at the above address, by visiting their web site at http://www.labor.ny.gov/iba or by calling 518-474-4785.

Checks and money orders should be made payable to the Commissioner of Labor and sent to the New York State Department of Labor, Division of Labor Standards, Interest Penalty and Collection Section, Room 185B, Building 12, The Gov. Averell Harriman State Office Building Campus, Albany, NY 12240

*I hereby certify that this is a true and accurate copy of the original Order to Comply on file with the New York State Department of Labor, Division of Labor Standards, Albany, New York 12240*

*Certified this 12th day of November , 2015*          Supv  Labor Standards Investigator

Phone (518) 485-2778 Fax (518) 457-8452
State Office Bldg Campus, Bldg 12, Rm 185B, Albany NY 12240
FL-16-0517  000092

www labor state ny us