UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAE H. KIM, YOUNG M. CHOI, DONG M. JU, HONG S. KIM, YOON C. KIM, CHUL G. PARK, JIN H. PARK, EUTEMIO MORALES, ZHE Y. SHEN, JONG H. SONG, and R. JULIAN VENTURA,<br><br>Plaintiffs,<br>- versus -<br><br>JI SUNG YOO a.k.a. JISUNG YOO a.k.a. JI S. YOO a.k.a. JAY YOO, SANDRA YOO a.k.a. SANDRA YEAR KUM YOO a.k.a. YEAR KUM YOO, SAMUEL D. YOO, and CAROLYN YOO,<br><br>Defendants. | 15 CV 3110 (RWS)<br><br>ECF Case<br><br>**AMENDED NOTICE OF APPEAL** |

AMENDED NOTICE is hereby given that Ji Sung Yoo, Sandra Yoo Samuel D. Yoo, and Carolyn Yoo, Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's (a) Opinion and Order dated April 17, 2018 and entered on April 18, 2018 (Doc. 131); (b) the Judgment entered on May 17, 2018 (Doc. 133); (c) the Opinion dated January 19, 2016 and filed on January 20, 2016 (Doc. 57) denying Defendants' motion to dismiss on the grounds that the District Court lacked ancillary jurisdiction over Defendants Sandra, Caroline and Samuel Yoo since they were not parties to the Underlying FLSA Action, *Kim v. Kum Gang, Inc.*, 12 Civ. 6344, 2015 WL 2222438; and (d) the Opinion dated September 29, 2017 (Doc. 104) denying Defendants' motion for summary judgment.

Dated: May 23, 2018

McCALLION & ASSOCIATES LLP

/s/
_____
By: Kenneth F. McCallion (KFM 1591)
100 Park Avenue – 16th floor
New York, New York 10017
(646) 366-0884

LARSEN ADVOCATES P.C.
Kristian Karl Larsen, Esq. [KL7352]
23 7th Avenue
Brooklyn, NY 11217
Tel: 646-428-4812

Attorneys for Defendants