UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

TAE H. KIM, YOUNG M. CHOI, DONG
M. JU, HONG S. KIM, YOON C. KIM,
CHUL G. PARK, JIN H. PARK, EUTEMIO           15 Civ. 3110
MORALES, ZHE Y. SHEN, JONG H.
SONG and R. JULIAN VENTURA,                  OPINION

                   Plaintiffs,

    -against-

JI SUNG YOO a.k.a. JISUNG YOO a.k.a.
JI S. YOO a.k.a. JAY YOO, SANDRA YOO
a.k.a. SANDRA YEAR KUM YOO a.k.a
YEAR KUM YOO, SAMUEL D. YOO, and
CAROLYN YOO,

                   Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-30-19

------------------------------------------X

A P P E A R A N C E S:

   Attorneys for Plaintiffs

   PUERTO RICAN LEGAL DEFENSE and
      EDUCATION FUND, INC.
   99 Hudson Street, 14th Floor
   New York, NY 10013
   By: Jackson Chin, Esq.

   ASIAN AMERICAN LEGAL DEFENSE
   99 Hudson Street
   New York, NY 10013
   By: Kenneth Kimerling, Esq.

   Attorneys for Defendants

   LARSEN ADVOCATES
   101 1st Place
   Brooklyn, NY 11231
   By: Kristian Karl Larsen, Esq.

**Sweet, D.J.**

The Plaintiffs have moved for an award of attorneys' fees in this action. The motion was opposed and heard and marked fully submitted on July 11, 2018. The Plaintiffs have also moved for an order seeking compliance with the judgment entered May 17, 2018 which was opposed and heard and marked fully submitted on August 1, 2018. Both motions are granted as set forth below.

The fees of Kenneth Kimerling, Esq. in the amount of $83,997 are granted.

The fees of Jackson Chin in the amount of $50,490 are granted.

The fees of Shearman and Sterling in the amount of $130,140 are granted as consistent with the rate earlier determined by the Honorable Michael H. Dolinger, United States Magistrate.

Costs and disbursements in the sum of $25,983.07 are granted.

1

The motion to enforce the judgment pursuant to Rule 70(a), F.R.Civ.P. is granted.

By March 1, 2019, Defendants shall restore the Condo (325 Fifth Avenue, Unit 38E, New York, NY 10016, Block 862, Lot 1518) to the tenancy in common of Ji Sung Yoo and Carolyn Yoo.

By March 1, 2018, Defendants shall restore the Home 52-32 Leith Place, Little Neck, New York, 11362, Block 8251, Lot 55) to the joint tenancy in the entirety of Ji Sung Yoo and Sandra Yoo.

By March 1, 2019, Defendant shall restore the Brooklyn Property (1507 Avenue U, Brooklyn, NY 11229, Block 7320, Lot 46) to the sole ownership of Ji Sung Yoo.

It is so ordered.

**New York, NY**
**January 29 2019**

ROBERT W. SWEET
U.S.D.J.

2