# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



TAE H. KIM, YOUNG M. CHOI, DONG M. JU, HONG S. KIM, YOON C. KIM, CHUL G. PARK, JIN H. PARK, EUTEMIO MORALES, ZHE Y. SHEN, JONG H. SONG, and R. JULIAN VENTURA,

    Plaintiffs,

- versus -

JI SUNG YOO a.k.a. JISUNG YOO a.k.a. JI S. YOO a.k.a. JAY YOO, SANDRA YOO a.k.a. SANDRA YEAR KUM YOO a.k.a. YEAR KUM YOO, SAMUEL D. YOO, and CAROLYN YOO,

    Defendants.

Civil Action No. 15-CV-3110 (RWS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in this Court's "Opinion and Order" dated April 17, 2018, and in this Court's "Opinion" dated January 29, 2019, the Court finds that Plaintiffs collectively shall recover a total of $264,627.00 for attorneys' fee and $25,938.07 in costs collectible from Ji Sung Yoo a.k.a. Jisung Yoo a.k.a. Ji S. Yoo a.k.a. Jay Yoo, and Sandra Yoo a.k.a. Sandra Year Kum Yoo a.k.a. Year Kum Yoo, jointly and severally.

Dated: New York, New York

February 8, 2019

                 _____
                 ROBERT W. SWEET
                 U.S.D.J